FILED

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

NOV 2 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

United States of America

v.                                                  Case Number: AU:18-CR-00091(14)-RP

(14) Juan Vasquez
*Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, (14) Juan Vasquez, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 26th day of November, 2018.

_____
(14) Juan Vasquez
*Defendant*

_____
H. Curtis Woodcock
*Attorney for Defendant*

_____
Daniel D. Guess
*Assistant U.S. Attorney*