UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America § | |
| § | CRIMINAL NO: |
| vs. § | AU:18-CR-00091(11,12,13,14,16)-RP |
| § | |
| (11) Anthony Taylor § | |
| (12) Victor Vargas-Osorio § | |
| (13) John Menzel § | |
| (14) Juan Vasquez § | |
| (16) Lauro Jaimes § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, March 13, 2019 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 29th day of November, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE